**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | CASE NO. 6:10-CV-521 | |
| § | | |
| ALCATEL-LUCENT USA INC., § | | |
| ET AL., § | | |
| § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | CASE NO. 6:13-CV-252 | |
| § | | |
| vs. § | | |
| § | | |
| HTC CORPORATION, § | | |
| ET AL., § | | |
| § | | |
| Defendants. § | | |

## ORDER

Before the Court is HTC America, Inc., and Exedea, Inc.'s Emergency Motion for Continuance of Trial and for Sanctions (Case No. 613-cv-252, Dkt. No. 373). As stated at the hearing, the Court **GRANTS** HTC's request for continuance and sets the case as follows:

- Jury Selection and Trial – July 1, 2013 at 9:00 A.M.

- Pretrial Conference – June 25, 2013 at 9:00 A.M.

Further, Wi-Lan, Ericsson, and Sony Mobile's Cross-Motions for Summary Judgment (Case No. 610-cv-521, Dkt. Nos. 171, 172, 181, 276, and 353) are **set for hearing on May 2, 2013 at 9:30 A.M.**

2

The parties are **ORDERED** to meet and confer and report to the Court by April 5, 2013 whether additional discovery, or supplementation to the previously filed motions, is necessary in light of the documents recently produced.  The parties are also **ORDERED** to meet and confer and submit a new Docket Control Order incorporating the aforementioned dates.

**So ORDERED and SIGNED this 25th day of March, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**