IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:10-CV-521 |
| ALCATEL-LUCENT USA INC., ET AL., | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WI-LAN INC., | § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:13-CV-252 |
| HTC CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

## VERDICT FORM

In answering these questions, you are to follow the instructions I have given you in the Charge of the Court.

1

1. Did Wi-LAN prove by a preponderance of the evidence that Defendants **Alcatel-Lucent** or **Ericsson** infringed any of the following claims of the '326, '327, or '819 Patents?

Answer "Yes" or "No" for each of the listed claims in the spaces provided below. "Yes" is a finding that the claim is infringed. "No" is a finding that the claim is not infringed.

| '326 Patent Claims | Alcatel-Lucent | Ericsson |
|---|---|---|
| 2 | No | No |
| 5 | No | No |
| 9 | No | No |

| '327 Patent Claims | Alcatel-Lucent | Ericsson |
|---|---|---|
| 11 | No | No |
| 12 | No | No |

| '819 Patent Claim | Alcatel-Lucent | Ericsson |
|---|---|---|
| 11 | No | No |

2. Did Wi-LAN prove by a preponderance of the evidence that Defendants **HTC** or **Sony Mobile** infringed any of the following claims of the '211 Patent?

Answer "Yes" or "No" for each of the listed claims in the spaces provided below. "Yes" is a finding that the claim is infringed. "No" is a finding that the claim is not infringed.

| '211 Patent Claims | HTC | Sony Mobile |
|---|---|---|
| 2 | No | No |
| 5 | No | No |

2

3. Did Defendants prove by clear and convincing evidence that any of the claims of the patents-in-suit are invalid by Anticipation or Obviousness?

Answer "Yes" or "No" in the space provided beside each particular claim. "Yes" is a finding that the claim is invalid. "No" is a finding that the claim is not invalid.

| '326 Patent Claims | Anticipation? | Obviousness? |
|---|---|---|
| 2 | Yes | Yes |
| 5 | Yes | Yes |
| 9 | N/A | Yes |

| '819 Patent Claim | Obviousness? |
|---|---|
| 11 | Yes |

| '211 Patent Claims | Anticipation? | Obviousness? |
|---|---|---|
| 2 | Yes | Yes |
| 5 | Yes | Yes |

3

Answer Question No. 4 only for claims you found infringed and not invalid:

4. For each Defendant listed below, what sum of money, if any, do you find from a preponderance of the evidence would fairly and reasonably compensate Wi-Lan for each Defendant's infringement of the patent Claims that you have found infringed and not invalid up to the time of trial?

    **Alcatel-Lucent**: $__0__

    **Ericsson**: $__0__

    **HTC**: $__0__

    **Sony Mobile**: $__0__

_7/15/13_
DATE